IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           No. 4:11-CR-00200 JMM

CARUTHERS CORDALE DUKES                                               DEFENDANT

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' motion for final order of forfeiture (Dkt. 119 ). On September 11, 2012, this Court entered a Preliminary Order of Forfeiture (Dkt. 106), which ordered Dukes to forfeit his interest in the following property:

(1) One Norinco, model SKS, 7.62 x 39 caliber rifle, bearing serial number 11155108I,

(2) One Beretta, model 92FS, 9-millimeter pistol, bearing serial number BER317543,

(3) Twenty-six (26) rounds of Remington brand .45 caliber pistol ammunition,

(4) Eight (8) rounds of CCI brand 9mm pistol ammunition,

(5) Sixteen (16) rounds of Remington brand 9mm pistol ammunition,

(6) Eleven (11) rounds of Winchester brand 9mm pistol ammunition,

(7) Eight (8) rounds of Wolf brand 7.62 x 39 caliber ammunition, and

(8) Thirty-eight (38) rounds of Winchester brand .223 caliber rifle ammunition.

(collectively "property subject to forfeiture").

The Court's Preliminary Order provided that it would become final as to Dukes at the time of sentencing and that it would become a final order of forfeiture if no third party filed a timely claim to the property subject to forfeiture. The Court has sentenced Dukes, and no one

has filed a claim to the property subject to forfeiture. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States' motion (Dkt. 119) is GRANTED.

It is so Ordered this 16th day of November 2012.

James M. Moody
United States District Judge