IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.  CASE NO. 4:11cr00200-02 JMM

CARUTHERS CORDALE DUKES, USM #26626-009

## AMENDED JUDGMENT & COMMITMENT

During the sentencing hearing held January 10, 2013, the Court failed to include the forfeiture of certain weapons and ammunition as part of the sentence.

The judgment and commitment entered January 14, 2013 (DE #143) is amended to reflect that the defendant shall forfeit the defendant's interest in the following property to the United States:

(1) One Norinco, model SKS, 7.62 x 39 caliber rifle, bearing serial number 11155108I,

(2) One Beretta, model 92FS, 9-millimeter pistol, bearing serial number BER317543,

(3) Twenty-six (26) rounds of Remington brand .45 caliber pistol ammunition,

(4) Eight (8) rounds of CCI brand 9mm pistol ammunition,

(5) Sixteen (16) rounds of Remington brand 9mm pistol ammunition,

(6) Eleven (11) rounds of Winchester brand 9mm pistol ammunition,

(7) Eight (8) rounds of Wolf brand 7.62 x 39 caliber ammunition, and

(8) Thirty-eight (38) rounds of Winchester brand .223 caliber rifle ammunition.

IT IS SO ORDERED this 18th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE