IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.          CASE NO. 4:11cr00200-03 JMM

BOBBY KHABEER
USM#: 26500-009

## AMENDED JUDGMENT & COMMITMENT

The Court has been notified that the Defendant's United States Marshals number provided for the preparation of the judgment was incorrect.

The Judgment entered January 3, 2013 (DE #138) is amended to reflect the correct United States Marshals number as 26500-009.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to Counsel, the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 13th day of February, 2013.

                                   _____
                                   UNITED STATES DISTRICT JUDGE